UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
et al.,

        Petitioners,

  -against-              19 **CIVIL** 10173 (VSB)

                       **JUDGMENT**

SAFEWAY INSTALLATION CORP.,

        Respondent.

------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 22, 2023, Petitioners' motion is GRANTED. The Award is confirmed, and judgment is entered in favor of Petitioners and against Respondent in the amount of $100,394.07, plus interest from August 19, 2019 through the date of judgment to accrue at the annual rate of 7.5% pursuant to the Award, in the amount of $27,044.51; plus attorneys' fees in the amount of $825 and costs in the amount of $70; plus post-judgment interest in accordance with 28 U.S.C. § 1961(a); accordingly, the case is closed.

**Dated:** New York, New York

    March 22, 2023

                       **RUBY J. KRAJICK**

                      _____
                        **Clerk of Court**

              **BY:** *K. Mango*
                     _____
                        **Deputy Clerk**